

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YEAKAIN YABU KOROMA,<br><br>Defendant. | Case No. 1:19-cr-327 |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about January 19, 2018, and on or about June 5, 2018, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, YEAKAIN YABU KOROMA, not being a licensed firearms dealer within the meaning of Chapter 44, Title 18, United State Code, did wilfully engage in the business of dealing in firearms, such firearms having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D) & 2.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: October 31, 2019    By: _____
Anthony W. Mariano
Special Assistant United States Attorney
Patricia T. Giles
Assistany United States Attorney